### UNITED STATES BANKRUPTCY COURT, NORTHERN
### DISTRICT OF ILLINOIS, EASTERN DIVISION

RE:   STACEY D. WALKER              CASE NO.  04 B 40275
                                    )
                                    ) CHAPTER 13
                                    )
          DEBTOR(S),                 ) JUDGE:  JACK B. SCHMETTERER

### NOTICE OF FILING

TO:   Stacey D. Walker, 48 W. 83rd St, Chicago IL 60620

Ernesto D. Borges Jr., The Law Offices of Ernesto D. Borges Jr., 105 W. Madison #2300, Chicago,IL 60602

Citimortgage, PO Box 9447, Gaithersburg, MD 20898-9447

Law Offices of Ira T. Nevel, 175 N. Franklin, Chicago IL 60606

Citimortgage, Inc c/o McCalla, Raymer, et al, 1544 Old Alabama Rd, Roswell, GA 30076

PLEASE TAKE NOTICE that on the 5th day of November 2007, the attached notice of payment of final mortgage cure amount was mailed to Citimortgage, PO Box 9447, Gaithersburg, MD 20898-9447, a copy of which is hereby served upon you.

### PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice to the parties listed above, by causing same to be mailing in a properly addressed envelope, postage prepaid, U.S. Mail at 200 S. Michigan Ave., Chicago, Illinois on January 22, 2008.

/s/   Tom Vaughn

Tom Vaughn Chapter 13 Trustee
200 S. Michigan Ave.
Suite 1300
Chicago, IL   60604
(312) 294-5900

## Notice of Payment of Final Mortgage Cure Amount

11/05/2007

CITIMORTGAGE
PO BOX 9447
GAITHERSBURG MD
                      20898

Re:    STACEY D WALKER
        Case # 04-40275
        Account # 2000265480
        Arrears Amount 29,736.36

According to our records the above debtor has paid the listed arrearage in full, satisfying all prepetition mortgage obligations. You are now required to treat the mortgage as reinstated and fully current unless the debtor has failed to make timely payments of postpetition obligations to you. If the debtor has failed to make timely payments of any post-petition obligations, you are required to itemize all outstanding payment obligations as of the date of this notice and file a statement of those obligations with the United States Bankruptcy Court for the Northern District of Illinois, giving notice of the same to our office, the debtor, and the attorney for the debtor within sixty (60) days of service of this notice.

**If you fail to file and serve a statement of outstanding obligations within the required time, you are required to treat the mortgage as reinstated according to its original terms, fully current as of the date of this notice.**

If you serve a statement of outstanding obligations within the required time, the debtor may (i) within 30 days of service of the statement, challenge the accuracy of the statement by motion filed with the court on notice to the holder and the standing trustee, with the court resolving the challenge as a contested matter, or (ii) propose a modified plan to provide for payment of additional amounts that the debtor acknowledges or the court determines to be due. To the extent that amounts set forth on a timely filed statement of outstanding obligations are not determined by the court to be invalid or are not paid by the debtor through a modified plan, your right to collect these amounts will be unaffected.

Tom Vaughn
Chapter 13 Trustee
200 S. Michigan Ave, Suite 1300
Chicago, Illinois 60604
(312) 294-5900
(312) 341-7168 (FAX)

cc: STACEY D WALKER
    ERNESTO D BORGES JR